

## NATIONAL FOOTBALL LEAGUE

August 28, 2009

VIA E-MAIL:   edreichow@gmail.com
VIA FEDEX

Mr. Ed Reichow
Titlecraft Corporation
8540 Quarles Rd.
Maple Grove, MN  55311
612-590-7796

      Re:   Unauthorized Use of NFL Trademarks

Dear Mr. Reichow:

NFL Properties LLC ("NFLP") is the authorized representative of the National Football League ("NFL") and its thirty-two Member Clubs for the licensing and protection of their names, logos, symbols, and other identifying marks. NFLP engages in a wide range of licensing activities and programs, including licensing the NFL and its Member Clubs' trademarks to companies for use as promotional and advertising vehicles. By virtue of this continuous and extensive use of the NFL and its Member Clubs' trademarks in promotional programs, these trademarks have developed immense goodwill and strength as identifiers of NFL sponsorship.

It has come to our attention that you are manufacturing trophies that are confusingly similar to the Vince Lombardi Trophy Design as shown on your web site at www.theultimatetrophy.com. Copies of pages from your web site are enclosed. The Vince Lombardi Trophy Design is registered by the NFL in the United States Patent and Trademark Office. Your replica trophy designs also bear Roman Numerals, which are used each year to designate the NFL's SUPER BOWL championship game. As a result of these activities, the public is likely to mistakenly believe that your company and/or web site have been authorized or sponsored by, or is somehow affiliated with the NFL and/or the NFL's Member Clubs.

This type of conduct constitutes trademark infringement under Section 32(1) of the Lanham Act, 15 U.S.C. Section 1114(1), a false designation of origin and false description under Section 43(a) of the Lanham Act, 15 U.S.C. Section 1125(a), and trademark dilution under Section 43(c) of the Lanham Act, 15 U.S.C. Section 1125(c),

- 2 -                                                                          August 28, 2009

and violates state trademark and dilution statutes and common law principles of unfair competition and misappropriation.

NFLP has successfully obtained injunctive and monetary relief against parties who have persisted in the unauthorized use of the NFL and Member Club intellectual property. Accordingly, we hereby demand that you immediately: (1) cease the manufacture of Vince Lombardi Trophy replicas; (2) provide us with a full accounting of all sales of any trophies that your company has manufactured or sold in the past, as well as records regarding the same. We also request that you confirm to us immediately <u>in writing</u> that you will not use any such logos, trademarks, or images in the future and that you will cease all of the activities described above immediately.

If you comply with the foregoing demands and requests, we will be in a position to discuss possible settlement of this matter with you. If, however, you do not comply with our demands and requests, we will assume that you do not wish to resolve this matter amicably and, as such, we will have no alternative but to pursue all legal action we deem necessary to fully protect the rights of the NFL and the NFL Member Clubs. Please confirm your compliance with the above demand <u>in writing</u> by **September 11, 2009**.

Nothing in this letter shall be construed as a waiver or relinquishment of any rights or remedies of the NFL, NFLP, or any NFL Member Club. If you would like to discuss this matter by telephone, please feel free to call me at (212) 450-2648.

Sincerely yours,

*[signature: Jeffrey D Parnass]*

Jeffrey D. Parnass
Counsel

Tel: (212) 450-2648
Fax: (212) 328-9580
E-mail: jeffrey.parnass@nfl.com

JP/svg
Enclosures