# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

TITLECRAFT, INC.,

        Plaintiff and
        Counterclaim Defendant,

v.

NATIONAL FOOTBALL LEAGUE and
NFL PROPERTIES, LLC,

        Defendants and
        Counterclaim Plaintiffs.

No. 0:10-cv-00758-RHK-JJK

**DEFENDANTS/COUNTERCLAIM PLAINTIFFS NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC'S MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and LR 7.2(b), Defendants and Counterclaim Plaintiffs National Football League and NFL Properties, LLC (collectively "the NFL"), hereby move for the entry of default judgment against Plaintiff and Counterclaim Defendant Titlecraft, Inc. for failure to respond or defend against the NFL's counterclaims herein.

This motion for entry of default judgment is based upon this motion, the supporting papers to be filed herewith, and all of the other papers and pleadings on file with the Court in this matter.

Dated:  July 12, 2010

Respectfully submitted,


_s/Timothy J. Cruz_
Daniel J. Connolly, #197427
Timothy J. Cruz #0386626
FAEGRE & BENSON
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000

Bruce P. Keller
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

_Attorneys for Defendants and_
_Counterclaim Plaintiffs National_
_Football League and NFL_
_Properties LLC_