# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TITLECRAFT, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, <br><br> Defendants and Counterclaim Plaintiffs. | No. 0:10-cv-00758-RHK-JJK <br><br> **DECLARATION OF TIMOTHY J. CRUZ** |

I, Timothy J. Cruz, hereby declare as follows:

1. I am a lawyer at Faegre & Benson LLP, and represent Defendants and Counterclaim Plaintiffs National Football League and NFL Properties, LLC in the above-captioned case. I have personal knowledge of the facts set forth below, and if called as a witness could and would testify competently thereto.

2. Plaintiff and Counterclaim Defendant Titlecraft, Inc. was served with the Answer and Counterclaims in this action on June 4, 2010. (*See* Docket Entry 3.)

3. As of the present date, Plaintiff and Counterclaim Defendant Titlecraft, Inc. has failed to answer or otherwise respond to the counterclaims within twenty days of service as required by the Federal Rules of Civil Procedure

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge, information and belief. Executed on July 12, 2010 at Minneapolis, Minnesota.

<u>*s/ Timothy J. Cruz*</u>

Timothy J. Cruz