## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

TITLECRAFT, INC.,

    Plaintiff and
    Counterclaim Defendant,

v.

NATIONAL FOOTBALL LEAGUE and
NFL PROPERTIES, LLC,

    Defendants and
    Counterclaim Plaintiffs.

No. 0:10-cv-00758-RHK-JJK

**CERTIFICATE OF SERVICE**

    I, Timothy J. Cruz, hereby certify that on July 14, 2010, I caused the following documents:

**DEFENDANTS/COUNTERCLAIM PLAINTIFFS NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC'S WITHDRAWAL OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

    to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

**Justin L Seurer**
justin@seurerlaw.com

Dated:  July 14, 2010

Respectfully submitted,

s/*Timothy J. Cruz*
Daniel J. Connolly, #197427
Timothy J. Cruz, #386626
FAEGRE & BENSON
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000

*Attorneys for Defendants and Counterclaim Plaintiffs National Football League and NFL Properties LLC*