# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE MINUTES

| | | |
|---|---|---|
| Titlecraft, Inc., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JEFFREY J. KEYES |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:   10cv00758 RHK/JJK |
| | ) | Date:   August 17, 2010 |
| National Football League, et al., | ) | Location:   Courtroom 6A |
| | ) | Time Commenced:  1:30 p.m. |
| Defendant. | ) | Time Concluded:   2:00 p.m. |
| | ) | Total Time:  30 Minutes |

**PROCEEDINGS:**

Pretrial scheduling conference held.  Pretrial Scheduling Order to be issued.

Date:  August 17, 2010

                                          s/Jackie Phipps_____
                                          Jacqueline E. Phipps
                                          Judicial Assistant