## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| TITLECRAFT, INC., <br><br> Plaintiff and <br> Counterclaim Defendant, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE and <br> NFL PROPERTIES, LLC, <br><br> Defendants and <br> Counterclaim Plaintiffs. | No. 0:10-cv-00758-RHK-JJK <br><br> **DEFENDANTS/COUNTERCLAIM PLAINTIFFS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and LR 7.1(b), Defendants and Counterclaim Plaintiffs National Football League and NFL Properties, LLC ("the NFL Parties"), hereby move for summary judgment of copyright infringement against Plaintiff and Counterclaim Defendant Titlecraft, Inc.

This motion is based upon the supporting papers filed herewith, and all of the other papers and pleadings on file with the Court in this matter.

Dated:  October 15, 2010

                                        Respectfully submitted,

                                        <u>s/Daniel J. Connolly</u>
                                        Daniel J. Connolly, #197427
                                        Timothy J. Cruz #0386626
                                        FAEGRE & BENSON
                                        2200 Wells Fargo Center
                                        90 South Seventh Street
                                        Minneapolis, Minnesota 55402
                                        (612) 766-7000

                                        Bruce P. Keller
                                        DEBEVOISE & PLIMPTON LLP
                                        919 Third Avenue
                                        New York, New York 10022
                                        (212) 909-6000

                                        *Attorneys for Defendants and Counterclaim Plaintiffs National Football League and NFL Properties LLC*