## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| TITLECRAFT, INC.,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and<br>NFL PROPERTIES, LLC,<br><br>    Defendants and<br>    Counterclaim Plaintiffs. | No. 0:10-cv-00758-RHK-JJK<br><br>**DEFENDANTS/COUNTERCLAIM PLAINTIFFS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC'S NOTICE OF HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that on Friday, December 17 at 8 a.m., Defendants and Counterclaim Plaintiffs National Football League and NFL Properties, LLC, by and through their attorneys, will, pursuant to Federal Rule of Civil Procedure 56(b) and LR 7.1 (b), move for summary judgment of copyright infringement against Plaintiff and Counterclaim Defendant Titlecraft, Inc..  The hearing will take place before the Honorable Richard H. Kyle in Courtroom 7A of the 772 Federal Building located at 316 N. Robert Street, St. Paul, MN 55101.

Dated:  October 15, 2010

        Respectfully submitted,


s/ Daniel J. Connolly
Daniel J. Connolly, #197427
Timothy J. Cruz #0386626
FAEGRE & BENSON
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000

Bruce P. Keller
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendants and Counterclaim Plaintiffs National Football League and NFL Properties LLC*