**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

TITLECRAFT, INC.,

    Plaintiff and
    Counterclaim Defendant,

v.

NATIONAL FOOTBALL LEAGUE and
NFL PROPERTIES, LLC,

    Defendants and
    Counterclaim Plaintiffs.

No. 0:10-cv-00758-RHK-JJK

**LOCAL RULE 7.1 COMPLIANCE
CERTIFICATE**

    I, Timothy J. Cruz, certify that the attached Memorandum in Support of defendants and counterclaim plaintiffs National Football League and NFL Properties, LLC's Memorandum in Support of Motion for Partial Summary Judgment (the "Memorandum") complies with Local Rule 7.1(c) and (e).

    I further certify that, in preparation of this Memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

    I further certify that the Memorandum contains 2,855 words.

| | |
|---|---|
| Dated:  October 15, 2010 | **FAEGRE & BENSON LLP** |

 s/ Daniel J. Connolly
Daniel J. Connolly, #197427
Timothy J. Cruz, #0386626
FAEGRE & BENSON
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000

Bruce P. Keller (*pro hac vice*)
Michael J. Beam (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Counsel for Defendants and Counterclaim-Plaintiffs National Football League and NFL Properties, LLC*

fb.us.5832266.01