UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TITLECRAFT, INC.,

    Plaintiff and
    Counterclaim Defendant,

v.

NATIONAL FOOTBALL LEAGUE and
NFL PROPERTIES, LLC,

    Defendants and
    Counterclaim Plaintiffs.

No. 0:10-cv-00758-RHK-JJK

**CERTIFICATE OF SERVICE**

---

I, Daniel J. Connolly, hereby certify that on October 13, 2010, I caused the following document to be filed electronically with the Clerk of Court through ECF:

1. Notice of Hearing on Motion for Summary Judgment;
2. Motion for Summary Judgment;
3. Declaration of Daniel J. Connolly; and
4. Local Rule 7.1 Compliance Certificate

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

- Michael J Beam
  mjbeam@debevoise.com

- Daniel J Connolly
  dconnolly@faegre.com
  dboehme@faegre.com

- Timothy J Cruz
  tcruz@faegre.com

- Bruce P Keller
  bpkeller@debevoise.com
  mao-ecf@debevoise.com

- Justin L Seurer
  justin@seurerlaw.com

23184429v7

2

Dated:  October 15, 2010

        Respectfully submitted,

        s/Daniel J. Connolly
        Daniel J. Connolly, #197427
        FAEGRE & BENSON
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, Minnesota 55402
        (612) 766-7000

        *Attorneys for Defendants*
        *National Football League and NFL*
        *Properties LLC*

*fb.us.5832220.01*