UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Titlecraft, Inc., a Minnesota Corporation<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>vs.<br><br>National Football League and<br>NFL Properties, LLC,<br><br>    Defendants and<br>    Counterclaim Defendants. | File No: 0:10-CV-00758-RHK-JJK<br><br><br><br><br>**LOCAL RULE 7.1 COMPLIANCE<br>CERTIFICATE** |

I, Justin L. Seurer, certify that the attached PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT, complies with Local Rule 7.1(c) and (e).

I further certify that, in preparation of this Memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 2,727 words.

Dated: November 26, 2010                /s Justin L. Seurer          .
                                        Justin L. Seurer (#336154)
                                        SEURER LAW FIRM
                                        11901 James Road
                                        Minnetonka, MN  55343
                                        (612) 455-6669 phone
                                        (612) 455-2182 fax