# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Titlecraft, Inc., a Minnesota Corporation | File No:  0:10-CV-00758-RHK-JJK |
| Plaintiff and Counterclaim Defendant, | |
| vs. | |
| National Football League and NFL Properties, LLC, | **CERTIFICATE OF SERVICE** |
| Defendants and Counterclaim Defendants. | |

I, Justin L. Seurer, hereby certify that on November 26, 2010, I caused the following document to be filed electronically with the Clerk of Court through ECF:

1. Plaintiff's Memorandum in Opposition to Motion for Partial Summary Judgment;

2. Declaration of Justin L. Seurer; and

3. Local Rule 7.1 Compliance Certificate.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

Daniel J Connolly
dconnolly@faegre.com

Michael J Beam
mjbeam@debevoise.com

Bruce P Keller
bpkeller@debevoise.com

Justin L Seurer
justin@seurerlaw.com

Dated:  November 26, 2010

/s Justin L. Seurer          .
Justin L. Seurer (#336154)
SEURER LAW FIRM
11901 James Road
Minnetonka, MN  55343
(612) 455-6669 phone
(612) 455-2182 fax