**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| TITLECRAFT, INC., | |
|     Plaintiff and<br>    Counterclaim Defendant, | No. 0:10-cv-00758-RHK-JJK |
| v. | **LOCAL RULE 7.1 COMPLIANCE<br>CERTIFICATE** |
| NATIONAL FOOTBALL LEAGUE and<br>NFL PROPERTIES, LLC, | |
|     Defendants and<br>    Counterclaim Plaintiffs. | |

     I, Timothy J. Cruz, certify that the attached Memorandum in Support of defendants and counterclaim plaintiffs National Football League and NFL Properties, LLC's Reply Memorandum in Further Support of Motion for Partial Summary Judgment (the "Reply Memorandum") complies with Local Rule 7.1(c) and (e).

     I further certify that, in preparation of this Memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

     I further certify that the Memorandum contains 2,002 words.

Dated:  December 3, 2010         **FAEGRE & BENSON LLP**

   s/ Timothy J. Cruz
Daniel J. Connolly, #197427
Timothy J. Cruz, #0386626
FAEGRE & BENSON
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000

Bruce P. Keller (*pro hac vice*)
Michael J. Beam (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Counsel for Defendants and Counterclaim-Plaintiffs National Football League and NFL Properties, LLC*

fb.us.6070841.01