UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TITLECRAFT, INC.,

    Plaintiff and
    Counterclaim Defendant,

v.

NATIONAL FOOTBALL LEAGUE and
NFL PROPERTIES, LLC,

    Defendants and
    Counterclaim Plaintiffs.

No. 0:10-cv-00758-RHK-JJK

**CERTIFICATE OF SERVICE**

---

    I, Timothy J. Cruz, hereby certify that on December 3, 2010, I caused the following document to be filed electronically with the Clerk of Court through ECF:

**REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

- **Michael J Beam**
  **mjbeam@debevoise.com**

- **Daniel J Connolly**
  **dconnolly@faegre.com**
  **dboehme@faegre.com**

- **Timothy J Cruz**
  **tcruz@faegre.com**
  **merickson@faegre.com**

- **Bruce P Keller**
  **bpkeller@debevoise.com**
  **mao-ecf@debevoise.com**

- **Justin L Seurer**
  **justin@seurerlaw.com**

23184429v7

2

I further certify that a copy of the above documents and the email evidencing electronic filing to be hand-delivered or mailed by express mail, postage paid, to the following attorneys:

- **No Manual Recipients**

    Dated:  December 3, 2010        Respectfully submitted,

        s/ Timothy J Cruz
        Daniel J. Connolly, #197427
        Timothy J. Cruz, #0386626
        FAEGRE & BENSON
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, Minnesota 55402
        (612) 766-7000

        *Attorneys for Defendants*
        *National Football League and NFL*
        *Properties LLC*

*fb.us.6070186.01*