# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Titlecraft, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>National Football League, et al.,<br><br>    Defendant. | COURT MINUTES – CIVIL<br>BEFORE: JEFFREY J. KEYES<br>U.S. MAGISTRATE JUDGE<br><br>Civil No:       10cv00758 RHK/JJK<br>Date:           January 18, 2011<br>Courtroom:   6A/Conference Rooms<br>Recording:   01-18-11 6:24-6:32<br>Time Commenced: 12:30 p.m.<br>Time Concluded:   6:45 p.m.<br>Time in Court:   6 Hours & 15 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

    Plaintiff:    Justin L. Seurer, Seurer Law, LLC

    Defendant:  Bruce P. Keller, Debevoise & Plimpton LLP; Timothy J. Cruz, Daniel J. Connolly, Faegre & Benson LLP

**PROCEEDINGS:**

**X**    Settlement reached.  Terms stated on the record.

☐    No settlement reached.

                                                  s/ *Jackie Phipps*
                                                  Judicial Assistant