# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Titlecraft, Inc., | Civil No. 10- 758 (RHK/JJK) |
|     Plaintiff and<br>    Counterclaim Defendant, | **ORDER OF DISMISSAL** |
| v. | |
| National Football League and NFL Properties, LLC, | |
|     Defendants and<br>    Counterclaim Plaintiffs. | |

Based upon all the files records and proceedings herein and upon the parties' Stipulation of Dismissal With Prejudice (Doc. No. 44), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits, without costs or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 1, 2011

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge